**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                  CASE NO. 3:05-cr-154-J-32HTS

THANH QUANG HO
KHANH TUAN LAI

_____

**ORDER CONTINUING SENTENCING**

This case is before the Court on defendant Thanh Quang Ho's Unopposed Motion to Reschedule Sentencing (Doc. #84), in which the defendant requests a continuance of his sentencing scheduled for November 2, 2006.  Accordingly, it is now

**ORDERED:**

Defendant Thanh Quang Ho's Unopposed Motion to Reschedule Sentencing (Doc. #84) is **GRANTED.**  Both defendants' sentencings scheduled for November 2, 2006 are rescheduled to **November 1, 2006 at 9:30 a.m.,** before the undersigned in Courtroom No. 10B, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.  **The Court notifies any defendant currently on pretrial release that pursuant to 18 U.S.C. §3143(a)(2), the Court is required to remand a defendant into custody at sentencing in drug cases and cases involving crimes of violence.  However, notwithstanding this provision, pursuant to 18 U.S.C. §3145(c), the Court may allow an otherwise qualified defendant to voluntarily surrender for "exceptional reasons."**

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED <u>NO LATER THAN FIVE (5) WORKING DAYS PRIOR TO THE DATE OF SENTENCING</u>.

**NOTE: <u>Photo identification is required to enter the United States Courthouse. Cellular telephones and laptop computers are prohibited in the Courthouse.</u>**

**DONE AND ORDERED** in Jacksonville, Florida, this  25th  day of October, 2006.

_____
TIMOTHY J. CORRIGAN
United States District Judge

m.
Copies to:

Asst. U.S. Attorney (Morris)
William Charles Fletcher, Esquire
Robert Willis, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendants